**Order filed February 2, 2021.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-21-00022-CV

_____

## IN RE MARCUS JACQUOT, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**On Appeal from the 245th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2013-47425**

---

## ORDER

On January 12, 2021, relator Marcus Jacquot filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. Relator asks this court to compel the Honorable Tristian Longino, presiding judge of the 245th District Court of Harris County, to vacate his October 29, 2020 temporary orders.

Relator's petition does not comply with the Texas Rules of Appellate Procedure. *See* Tex. R. App. P. 52.3(k)(1)(A) (requiring appendix to contain

certified or sworn copy of order complained of or any other documents showing matter complained of); 52.7(a)(1) (requiring relator to file with petition "a certified or sworn copy of every document that is material to the relator's claim for relief and that was filed in any underlying proceeding"); 52.7(a)(2) (requiring relator to file with petition properly authenticated transcript of any relevant testimony from any underlying proceeding, including any exhibits offered in evidence, or statement that no testimony was adduced in connection with matter complained). By this order, the court gives relator ten days' notice that the petition will be dismissed for failure to comply with Rules 52.3(k)(1)(A), 52.7(a)(1),[1] and 52.7(a)(2) unless the deficiencies are cured. *See generally* Tex. R. App. P. 42.3(c).

PER CURIAM

Panel consists of Justices Bourliot, Zimmerer, and Spain.

---

[1] *See also* Tex. Civ. Prac. & Rem. Ann. § 132.001 (authorizing use of unsworn declarations).